UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ISADELLA BELL, | § § | |
| Plaintiff | § § § | CIVIL ACTION NO. 4:12-cv-00753 |
| V. | § § | |
| PREMIER RECOVERY GROUP, | § § | |
| Defendant | § § | |

### NOTICE OF PENDING SETTLEMENT

Plaintiff, Isadella Bell, by and through the undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

THE RIFFE LAW FIRM, P.L.L.C.

/s/ G. Brad Riffe
G. BRAD RIFFE
State Bar # 24062265
2591 Dallas Parkway, Ste. 300
Frisco, TX 75034
Phone: 214-281-8909
Fax: 888-370-3148
Attorney for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of September, 2012, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ G. Brad Riffe
      G. BRAD RIFFE